LOUIS SPINNER, Appellant, v. EINHORN'S INC. et al., Respondents.—

Nolan, P. J.,
MacCrate, Beldock, Murphy and Ughetta, JJ., concur.